# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **LASHAWN MICHELLE MINOR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )      **Civil Action No. 13-1793 (ESH)** |
| | ) |
| **LABORATORY CORPORATION OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## ORDER

On November 20, 2013, defendant Laboratory Corporation of America filed a motion to dismiss the complaint [ECF No. 5]. This Court issued an order directing the plaintiff, Lashawn Michelle Minor, to respond to the motion to dismiss no later than December 20, 2013, and informing her that if she did not timely respond, the motion could be deemed conceded under Local Rule of Civil Procedure 7(b). (Order, Nov. 20, 2013 [ECF No. 7].) Plaintiff has not filed any response to defendant's motion to dismiss. Accordingly, it is hereby

**ORDERED** that the defendant's motion to dismiss is **GRANTED** as conceded and plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

 

|  |  |
|---|---|
| | _____/s/_____ |
| | ELLEN SEGAL HUVELLE |
| | United States District Judge |

Date: December 30, 2013